**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN**

**IN RE:**
**JACQUELINE LILLIAN HARRINGTON**

**DEBTOR**

**CASE NO: 26-11545-SMR - SMR**

**CHAPTER 13**

# TRUSTEE'S RESPONSE TO THE DEBTOR'S MOTION TO ACCEPT LATE-FILED SCHEDULES AND STATEMENTS AND, IN THE ALTERNATIVE, TO EXTEND TIME THROUGH AUGUST 24, 2026 TO FILE REMAINING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN.

**TO THE HONORABLE SHAD M. ROBINSON:**

Ray Hendren, Trustee in the above entitled and numbered case, responds as follows:

1. The Trustee admits paragraphs 1 of the motion.

2. The Trustee can neither admit or deny paragraphs 2-12 of the motion.

3. The Trustee asserts the Motion fails to establish sufficient cause or excusable neglect. The Debtor relies primarily on generalized statements regarding involvement in other legal proceedings and the need to gather records but provides no supporting evidence demonstrating why the required bankruptcy documents could not have been timely filed or why an extension was necessary.

4. Further, the Debtor requested an extension only through August 24, 2026. To the extent the requested deadline has passed and any required schedules, statements, or Chapter 13 plan remain outstanding, the relief requested is either moot or insufficient to cure the Debtor's continuing filing deficiencies.

5. The Trustee additionally objects because the Motion and proposed order are internally inconsistent. The Motion seeks an extension only through August 24, 2026, while handwritten modifications appear to request or grant an extension through "Thursday, August 30, 2026." August 30, 2026 is not a Thursday, and the conflicting dates make it unclear what deadline the Debtor is requesting the Court to impose.

6. The Trustee further notes that the Court has already entered an Order to Appear and Show Cause directing the Debtor to appear and demonstrate why this case should not be converted or dismissed with prejudice. In entering the show cause order, the Court cited the Debtor's prior bankruptcy case, Case No. 25-11764, in which the Debtor failed to

comply with a prior order requiring the filing of a Chapter 13 plan, resulting in dismissal of the case. Given the Debtor's history of failing to timely file required documents and comply with Court orders, the Debtor has not demonstrated sufficient cause to justify the requested extension.

WHEREFORE, PREMISES CONSIDERED the Trustee requests that the Court deny the the Debtor's Motion to Accept Late-Filed Schedules and Statements and, in the Alternative, to Extend Time Through August 24, 2026 to File Remaining Schedules, Statement of Financial Affairs, and Chapter 13 Plan..

Dated: August 27, 2026

Respectfully Submitted

/s/Ray Hendren

Ray Hendren, Chapter 13 Trustee
Po Box 27466
Austin, Tx 787552466
Main: (512)474-6309
Fax: (512)482-8424

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**
**Austin**

IN RE:
**JACQUELINE LILLIAN HARRINGTON**

CASE NO.: **26-11545-SMR**
CHAPTER 13

## CERTIFICATE OF SERVICE

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **August 27, 2026**.

---

Jacqueline Lillian Harrington
5001 Allyson Court
Austin, TX 78744

Quantum3 Group Llc
Po Box 788
Kirkland, WA 98083-0788

Us Department Of Hud
307 W 7Th St Suite 1000
Fort Worth, TX 76102

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Americredit Financial Svcs Inc
Po Box 183853
Arlington, TX 76096-3853

Midfirst Bank
999 Nw Grand Blvd Ste 110
Attn: Bankruptcy Department
Oklahoma City, OK 73118

Capital One Bank
% Ais Portfolio Services Lp
4515 N Santa Fe Dept Aps
Oklahoma City, OK 73118-7311

Onemain Financial Services
Po Box 3251
Evansville, IN 47731-3251

United States Trustee
903 San Jacinto
Suite 230
Austin, TX 78701

/s/ Ray Hendren

Ray Hendren
CHAPTER 13 TRUSTEE
Po Box 27466
Austin, Tx 78755-2466